1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:99-cr-00358 GEB AC P |
|---|---|
| Respondent, | |
| v. | **STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSE TO SECTION 2255 MOTION** |
| KEON REED, aka KEVIN C. REID, | |
| Movant. | |

**STIPULATION**

Respondent United States of America, by and through its counsel of record, and Movant Keon Reed, by and through his counsel of record, hereby stipulate as follows:

In an Order filed July 14, 2016, this Court ordered the government to respond to file an answer, motion or other response to Mr. Reed's 2255 motion (originally filed on June 24, 2016), by August 15, 2016.

In his motion, Mr. Reed moved the Court to vacate his conviction for violating 18 U.S.C. § 924(c) in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015).

The government believes that proceedings in this case should be stayed pending the Ninth Circuit's decisions in 15-72779, *Gardner v. United States*, 15-73302, *Jacob v. United States*, and 14-10080, *United States v. Begay* and has requested Mr. Reed so stipulate.

Counsel for Mr. Reed is unwilling to stipulate to a stay without discussing the matter with Mr.

Reed.

To allow time for Mr. Reed and his counsel to discuss the government's request and allow time for the parties to confer regarding whether further proceedings in the case should be stayed, the government hereby requests an extension of 14 days to August 29, 2016 to file its response to the motion.

Mr. Reed's counsel does not oppose this request for an extension.

IT IS SO STIPULATED.

Dated:  August 12, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                            /s/ KATHERINE T. LYDON
                                           KATHERINE T. LYDON
                                           Assistant United States Attorney


Dated:  August 12, 2016                     /s/ ANN C. MCCLINTOCK
                                           ANN C. MCCLINTOCK
                                           Counsel for Movant
                                           KEON REED


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.   The parties' stipulation for extended time, ECF No. 49, is GRANTED.  The government shall file its response to the motion on or before August 29, 2016.

DATED: August 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME