UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>      v.<br><br>KEON REED,<br>also known as KEVIN C. REID,<br><br>            Movant. | No.  2:99-cr-00358 GEB AC P<br><br><br><br>ORDER |

Respondent moves to stay this habeas action filed pursuant to 28 U.S.C. § 2255, pending decisions of higher courts that may impact the merits of this case, on the ground that a stay will conserve the judicial resources of this court.  Respondent seeks a stay until decisions are rendered by the Supreme Court in <u>Beckles v. United States</u>, Case No. 15-8544, and by the Ninth Circuit Court of Appeals in <u>United States v. Begay</u>, Case No. 14-10080.  Both cases may impact movant's claims premised on <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015).

Respondent's request is premised on the inherent authority of this court to control its docket in the interests of efficiency and fairness.  However, in light of the several "<u>Johnson</u> cases" currently being decided by the judges of this court, the undersigned finds it most fair, practical and efficient to proceed on the merits of each such case in the order that it is filed.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request that the court stay this action, ECF No. 51, is denied.

2. Within thirty (30) days after the filing date of this order, respondent shall file and serve an answer to movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (see ECF No. 43). Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. See Rule 5, Rules Governing Section 2255 Proceedings.

3. Within thirty (30) days after the filing date of respondent's answer, movant may file a traverse.

DATED: September 27, 2016

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE