UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:99-cr-00358 GEB AC P |
| Plaintiff/Respondent, | |
| v. | ORDER TO SHOW CAUSE |
| KEON REED,<br>also known as KEVIN C. REID, | |
| Defendant/Movant. | |

By order filed April 7, 2017, the parties were directed to submit further briefing on the matters pending in this case. See ECF No. 55. Movant filed his supplemental brief on May 3, 2017. ECF No. 56. Respondent's supplemental reply brief was due twenty-one days thereafter. See ECF No. 55 at 2. However, respondent has not filed its brief.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, respondent shall:

1. File and serve a supplemental reply brief responsive to the court's order filed April 7, 2017 (ECF No. 55) and movant's supplemental brief (ECF No. 56); and

2. Show cause in writing for the delay in respondent's brief.

DATED: June 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE