UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:99-cr-0358 KJM AC |
| Respondent, | |
| v. | <u>ORDER</u> |
| KEVIN C. REID, | |
| Movant. | |

Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 14, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 78. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2023 (ECF No. 78), are adopted in full;

2. Movant's unopposed motion to vacate, set aside, or correct his sentence as provided by 28 U.S.C. § 2255 (ECF No. 43) is granted;

3. Movant's conviction is vacated; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-1444 KJM AC, and to enter judgment.

DATED: January 5, 2024.

CHIEF UNITED STATES DISTRICT JUDGE